**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                                                          :
                        Government,                :      23 CR. 179 (RMB)
                                                                          :
        - against -                                :      **ORDER**
                                                                          :
FREDDY RAMON REYES,                           :
                                                                          :
                        Defendant.                    :
-----------------------------------------------------------------x

        The status conference scheduled for Wednesday, June 14, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: June 7, 2023
       New York, NY

                                                               RICHARD M. BERMAN
                                                                   U.S.D.J.