**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                    Government,          :         23 CR. 179 (RMB)
                                                   :
        - against -                              :         **ORDER**
                                                   :
FREDDY RAMON REYES,                                :
                                                   :
                    Defendant.           :
-------------------------------------------------------------x

       The status conference scheduled for Tuesday, July 11, 2023 at 9:00 A.M. will take place in Courtroom 17B.


Dated: July 5, 2023
       New York, NY

                                                    RICHARD M. BERMAN
                                                        U.S.D.J.