**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
:
                Government,  :  23 CR. 179 (RMB)
:
  - against -  :  **ORDER**
:
FREDDY RAMON REYES,  :
:
                Defendant.  :
---------------------------------------------------------------x

      The status conference previously scheduled for Tuesday, July 11, 2023 at 9:00 A.M. is hereby rescheduled to Tuesday, August 15, 2023 at 10:15 A.M.

      The proceeding will be held in Courtroom 17B.

Dated: July 11, 2023
      New York, NY

                                                        _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.