**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                          Government,      :        23 CR. 179 (RMB)
                                           :
               - against -                 :        **ORDER**
                                           :
FREDDY RAMON REYES,                        :
                                           :
                          Defendant.       :
------------------------------------------------------------x


   The status conference scheduled for Tuesday, August 15, 2023 at 10:15 A.M. will

take place in Courtroom 17B.



Dated: August 14, 2023
   New York, NY


_____

    RICHARD M. BERMAN
      U.S.D.J.