UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 179 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| FREDDY RAMON REYES, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The status conference scheduled for Tuesday, October 3, 2023 at 1:30 P.M. will take place in Courtroom 17B.

Dated: September 28, 2023
       New York, NY

*Richard M. Berman*
RICHARD M. BERMAN
U.S.D.J.