**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                    Government,        :        23 CR. 179 (RMB)
                                              :
      - against -                           :        **ORDER**
                                              :
                                              :
FREDDY RAMON REYES,                           :
                                              :
                    Defendant.         :
---------------------------------------------------------------x

        The status conference scheduled for Wednesday, March 27, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: March 18, 2024
       New York, NY

                                              RICHARD M. BERMAN
                                                  U.S.D.J.