UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                Government,          :       23 CR. 179 (RMB)
                                            :
      - against -                          :       **ORDER**
                                            :
                                            :
FREDDY RAMON REYES,                         :
                                            :
                Defendant.           :
------------------------------------------------------------x

        The status conference scheduled for Thursday, May 9, 2024 at 11:30 A.M. will take place in Courtroom 17B.

Dated: May 1, 2024
       New York, NY

                                                              RICHARD M. BERMAN
                                                                  U.S.D.J.