**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                Government,        :        23 CR. 179 (RMB)
                                                :
    - against -                              :        **ORDER**
                                                :
                                                :
FREDDY RAMON REYES,                             :
                                                :
                Defendant.         :
-------------------------------------------------------------x

        The status conference scheduled for Tuesday, July 9, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: June 26, 2024
       New York, NY

                                                _____
                                                   RICHARD M. BERMAN
                                                         U.S.D.J.