

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2024

The Honorable Richard M. Berman
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:   *United States v. Freddy Ramon Reyes*, 23 Cr. 179 (RMB)

Dear Judge Berman:

    The Government respectfully submits this joint letter to request a brief adjournment of the sentencing of defendant Freddy Ramon Reyes, currently scheduled for November 19, 2024 at 10:00 a.m., and a concomitant adjournment of the submission deadlines in this case.

    The request is being made in light of a scheduling conflict that has arisen for the Government (a 10 a.m. *Fatico* proceeding before Judge Cronan) and because the defense requires more time to submit a sentencing submission. The parties are available November 25-27 and December 9-13 and can propose additional dates if those are not convenient for the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Jane Y. Chong
    Assistant United States Attorney
    (917) 763-3172

Cc: Marlon Kirton, Esq.

---

Application granted. Sentencing is adjourned to Dec. 11, 2024 at 10:00 AM. Defense submission should be filed by Nov. 26, 2024. Government submission should be filed by Dec. 3, 2024.

SO ORDERED:
Date: 11/08/2024

Richard M. Berman, U.S.D.J.