UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,      :     23 CR. 179 (RMB)
                                          :
    - against -                       :     **ORDER**
                                          :
                                          :
FREDDY RAMON REYES,                       :
                                          :
                Defendant.        :
---------------------------------------------------------------x

        The sentencing scheduled for Tuesday, January 14, 2025 at 2:00 P.M. will take place in Courtroom 17B.

Dated: January 8, 2025
       New York, NY

                                                RICHARD M. BERMAN
                                                U.S.D.J.