# KIRTON LAW FIRM

---

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

January 12, 2025

VIA ELECTRONIC FILING

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Reyes, 23 cr. 179 (RMB)*

> Sentence is adjourned to 1/29/25 at 10:00 am.
>
> SO ORDERED:
> Date: 1/13/25
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

      I represent Freddy Ramon Reyes in the matter referenced above. Mr. Reyes pleaded guilty, and sentencing is January 14, 2025. I have a two-week trial, a complex criminal case, in the Southern District of New York, involving multiple witnesses and extensive evidence, starting on January 13, 2025. I discussed this matter with the Government and the Courtroom Deputy last week, and the parties agreed on January 29, 2025, for sentencing. I request January 29, 2025, for sentencing.

      Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton Esq.

cc: Jane Chong, Assistant United States Attorney (via electronic filing).