**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                                Government,         :         23 CR. 179 (RMB)
                                                   :
                  - against -                       :         **ORDER**
                                                   :
                                                   :
FREDDY RAMON REYES,                                :
                                                   :
                                Defendant.          :
------------------------------------------------------------------x

        The sentencing scheduled for Wednesday, February 26, 2025 at 2:30 P.M. will

take place in Courtroom 17B.


Dated: February 19, 2025
        New York, NY


                                        _____
                                             RICHARD M. BERMAN
                                                  U.S.D.J.